UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 12 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ALLIANCE FOR FAIR BOARD RECRUITMENT,<br><br>        Plaintiff - Appellant,<br>v.<br><br>SHIRLEY WEBER, in her official capacity as Secretary of State of the State of California,<br><br>        Defendant - Appellee. | No. 23-15900<br><br>D.C. No. 2:21-cv-01951-JAM-AC<br>U.S. District Court for Eastern California, Sacramento<br><br>**ORDER** |
| ALLIANCE FOR FAIR BOARD RECRUITMENT,<br><br>        Plaintiff - Appellee,<br>v.<br><br>SHIRLEY WEBER, in her official capacity as Secretary of State of the State of California,<br><br>        Defendant - Appellant. | No. 23-15901<br><br>D.C. No. 2:21-cv-01951-JAM-AC<br>U.S. District Court for Eastern California, Sacramento |

These cases are RELEASED from the Mediation Program.

FOR THE COURT:

Sasha M. Cummings
Circuit Mediator

cl/mediation