# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

No. 23-15900

ALLIANCE FOR FAIR BOARD RECRUITMENT,
*Plaintiff-Appellant*,

v.

SHIRLEY N. WEBER, IN HER OFFICIAL CAPACITY AS SECRETARY OF STATE OF THE STATE OF CALIFORNIA,
*Defendant-Appellee*.

No. 23-15901

ALLIANCE FOR FAIR BOARD RECRUITMENT,
*Plaintiff-Appellee*,

v.

SHIRLEY N. WEBER, IN HER OFFICIAL CAPACITY AS SECRETARY OF STATE OF THE STATE OF CALIFORNIA,
*Defendant-Appellant*.

**On Appeal from the United States District Court
for the Eastern District of California**
No. 21-cv-01951
Hon. John A. Mendez, Judge

## STATUS REPORT

ROB BONTA
*Attorney General of California*
MICHAEL L. NEWMAN
*Senior Assistant Attorney General*
LAURA FAER
*Supervising Deputy Attorney General*
EDWARD NUGENT
*Deputy Attorney General*
CALIFORNIA DEPARTMENT OF JUSTICE
300 South Spring Street, Suite 1702
(213) 269-6261
Irina.Trasovan@doj.ca.gov
*Attorneys for Secretary of State*

October 16, 2023

On July 17, 2023, this Court stayed the briefing in these cross-appeals pending the appeals of the decisions in *Crest et al. v. Padilla*, Case No. 19STCV27561 (Los Angeles Super. Ct.) (*Crest 1*) and *Crest et al. v. Padilla*, Case No. 20STCV37513 (Los Angeles Super. Ct.) (*Crest 2*). The Court further ordered the parties to submit a written status report by October 16, 2023 and every 90 days thereafter while the appeals remain pending in state court.

On August 21, 2023, Secretary of State Shirley N. Weber, Defendant-Appellant and Defendant-Appellee (Secretary), filed unopposed requests to hold the *Crest 1* and *Crest 2* appeals in abeyance pending the decision of the California Supreme Court in case No. S270535, entitled *Taking Offense v. State of California*. On August 31, 2023, the California Court of Appeal granted the requests in both *Crest 1* and *Crest 2*. As of the date of this status report, the appeals remain stayed in state court.

Alliance for Fair Board Recruitment, Plaintiff-Appellee and Plaintiff-Appellant, intends to move this Court to unstay these cross-appeals. The Secretary intends to oppose the motion.

                                                Respectfully submitted,

Dated: October 16, 2023                *s/ Irina Trasovan*

                                                ROB BONTA
*Attorney General of California*
MICHAEL L. NEWMAN
*Senior Assistant Attorney General*
LAURA FAER
*Supervising Deputy Attorney General*
EDWARD NUGENT
*Deputy Attorney General*
CALIFORNIA DEPARTMENT OF JUSTICE
300 South Spring Street, Suite 1702
Los Angeles, California 90013
(213) 269-6261
Irina.Trasovan@doj.ca.gov
*Attorneys for Secretary of State*

Dated: October 16, 2023                s/ *Jonathan Berry*

                                                JONATHAN BERRY
Attorney for Alliance For Fair Board Recruitment

BOYDEN GRAY & ASSOCIATES, PLLC
801 17th Street NW, Suite 350
Washington, DC 20006
(202) 955-0620
jberry@boydengray.com