UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 30 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ALLIANCE FOR FAIR BOARD RECRUITMENT, <br><br> Plaintiff-Appellant, <br><br> v. <br><br> SHIRLEY WEBER, in her official capacity as Secretary of State of the State of California, <br><br> Defendant-Appellee. | No. 23-15900 <br><br> D.C. No. 2:21-cv-01951-JAM-AC <br> Eastern District of California, Sacramento <br><br> ORDER |
| ALLIANCE FOR FAIR BOARD RECRUITMENT, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> SHIRLEY WEBER, in her official capacity as Secretary of State of the State of California, <br><br> Defendant-Appellant. | No. 23-15901 <br><br> D.C. No. 2:21-cv-01951-JAM-AC |

The motion to lift the stay of briefing in these cross-appeals (Docket Entry No. 16) is denied. The constitutionality of California Senate Bill 826 is presented in earlier-filed appeal Nos. 22-15149 and 22-15822. Briefing in each of those appeals is complete, and further proceedings have been stayed pending the appeal

of the decision in *Crest v. Padilla*, Case No. 19STCV27561 (Los Angeles Super. Ct.).

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT