UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 20 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ALLIANCE FOR FAIR BOARD RECRUITMENT, <br><br> Plaintiff-Appellant, <br><br> v. <br><br> SHIRLEY WEBER, in her official capacity as Secretary of State of the State of California, <br><br> Defendant-Appellee. | No. 23-15900 <br><br> D.C. No. 2:21-cv-01951-JAM-AC <br> Eastern District of California, Sacramento <br><br> ORDER |
| ALLIANCE FOR FAIR BOARD RECRUITMENT, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> SHIRLEY WEBER, in her official capacity as Secretary of State of the State of California, <br><br> Defendant-Appellant. | No. 23-15901 <br><br> D.C. No. 2:21-cv-01951-JAM-AC |

Before: Lisa B. Fitzgerald, Appellate Commissioner.

The motion for reconsideration (Docket Entry No. 20) of the November 30, 2023 order is granted in part. The July 17, 2023 and November 30, 2023 orders are vacated.

OSA113

Briefing in these cross-appeals is stayed pending resolution of *Meland v. Weber*, appeal No. 22-15149.